**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael W. Peterson |
| Debtor 2 (Spouse, if filing) | Delia Peterson |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 18-29583 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 1 7 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2021

**New total payment:** $ 2,258.81
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 725.51    New escrow payment: $ 734.22

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1   __Michael W. Peterson__                   Case number *(if known)* __18-29583__
First Name      Middle Name      Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Molly Slutsky Simons__                    Date __09/14/2021__
Signature

Print:     __Molly Slutsky Simons__                  Title __Attorney for Creditor__
          First Name      Middle Name      Last Name

Company     __Sottile & Barile, Attorneys at Law__

Address     __394 Wards Corner Road, Suite 180__
          Number      Street

          __Loveland__                  __OH__      __45140__
          City                        State      ZIP Code

Contact phone     __513-444-4100__                Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DELIA PETERSON
C/O ADRIAN E MAZAR
77 W WASHINGTON ST STE 1313
CHICAGO IL  60602

Analysis Date: September 08, 2021                                                                                                   Final
Property Address: 6149 NORTH KILBOURN AVENUE  CHICAGO, IL 60646                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Nov 2020 to Oct 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 1,524.59 | 1,524.59 ** |
| Escrow Payment: | 725.51 | 734.22 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,250.10 | $2,258.81 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Aug 01, 2021 |
| Escrow Balance: | 2,229.98 |
| Anticipated Pmts to Escrow: | 2,176.53 |
| Anticipated Pmts from Escrow (-): | 3,302.26 |
| Anticipated Escrow Balance: | $1,104.25 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

|  | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|  |  |  |  |  | Starting Balance | 1,371.87 | (785.20) |
| Nov 2020 | 685.92 | 840.89 |  | * |  | 2,057.79 | 55.69 |
| Dec 2020 | 685.92 | 1,566.40 |  | * |  | 2,743.71 | 1,622.09 |
| Jan 2021 | 685.92 | 725.51 |  | * |  | 3,429.63 | 2,347.60 |
| Feb 2021 | 685.92 |  |  | * |  | 4,115.55 | 2,347.60 |
| Feb 2021 |  |  |  | 3,952.19 | * County Tax | 4,115.55 | (1,604.59) |
| Mar 2021 | 685.92 | 1,451.02 | 3,877.81 | * | County Tax | 923.66 | (153.57) |
| Apr 2021 | 685.92 | 725.51 |  | * |  | 1,609.58 | 571.94 |
| May 2021 | 685.92 | 725.51 |  | * |  | 2,295.50 | 1,297.45 |
| Jun 2021 | 685.92 | 725.51 |  | * |  | 2,981.42 | 2,022.96 |
| Jul 2021 | 685.92 | 725.51 |  | * |  | 3,667.34 | 2,748.47 |
| Aug 2021 | 685.92 | 725.51 | 3,302.26 | * | County Tax | 1,051.00 | 3,473.98 |
| Aug 2021 |  |  |  | 1,244.00 | * Homeowners Policy | 1,051.00 | 2,229.98 |
| Sep 2021 | 685.92 |  | 1,051.00 | * | Homeowners Policy | 685.92 | 2,229.98 |
| Oct 2021 | 685.92 |  |  | * |  | 1,371.84 | 2,229.98 |
|  |  |  |  |  | Anticipated Transactions | 1,371.84 | 2,229.98 |
| Aug 2021 |  |  |  | 3,302.26 | County Tax |  | (1,072.28) |
| Sep 2021 |  | 1,451.02 |  |  |  |  | 378.74 |
| Oct 2021 |  | 725.51 |  |  |  |  | 1,104.25 |
|  | $8,231.04 | $10,387.90 | $8,231.07 | $8,498.45 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 8,231.07. Under Federal law, your lowest monthly balance should not have exceeded 9,371.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Page 2

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 1,104.25 | 1,416.45 |
| Nov 2021 | 708.20 |  |  | 1,812.45 | 2,124.65 |
| Dec 2021 | 708.20 |  |  | 2,520.65 | 2,832.85 |
| Jan 2022 | 708.20 |  |  | 3,228.85 | 3,541.05 |
| Feb 2022 | 708.20 |  |  | 3,937.05 | 4,249.25 |
| Mar 2022 | 708.20 | 3,952.19 | County Tax | 693.06 | 1,005.26 |
| Apr 2022 | 708.20 |  |  | 1,401.26 | 1,713.46 |
| May 2022 | 708.20 |  |  | 2,109.46 | 2,421.66 |
| Jun 2022 | 708.20 |  |  | 2,817.66 | 3,129.86 |
| Jul 2022 | 708.20 |  |  | 3,525.86 | 3,838.06 |
| Aug 2022 | 708.20 | 3,302.26 | County Tax | 931.80 | 1,244.00 |
| Sep 2022 | 708.20 | 1,244.00 | Homeowners Policy | 396.00 | 708.20 |
| Oct 2022 | 708.20 |  |  | 1,104.20 | 1,416.40 |
|  | $8,498.40 | $8,498.45 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 708.20. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,416.41 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,104.25. Your starting balance (escrow balance required) according to this analysis should be $1,416.45. This means you have a shortage of 312.20. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 8,498.45. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: September 08, 2021
Borrower: DELIA PETERSON

Case 18-29583    Doc    Filed 09/14/21    Entered 09/14/21 11:13:18    Desc Main
                        Document    Page 6 of 7

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 708.20 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 26.02 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $734.22 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $2,232.79 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

Michael W. Peterson
Delia Peterson

Debtors.

Case No. 18-29583

Chapter 13

Hon. Judge Carol A. Doyle

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 14, 2021, before the hour of 5:00 p.m.

Adrian E. Mazar, Debtors' Counsel
amazar@matekmazarlaw.com

M.O. Marshall, Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Michael W. Peterson, Debtor
Delia Peterson, Debtor
6115 N. Cicero Avenue #4
Chicago, IL 60646

Dated: September 14, 2021

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor